**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| OPTATUS AND FLORENCE CHAILLA, | : | No. 86 MAL 2021 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| VERIZON OF PENNSYLVANIA, LLC, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

     **AND NOW**, this 6th day of April, 2021, the Petition for Allowance of Appeal and the "Supersedes Stay Motion" are **DENIED**.